**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

J.M.R.,

*Petitioner*,

v.

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility, *et al.*,

*Respondents*.

Civil Action 26-cv-06396

**~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym J.M.R.

It is so **ORDERED.**

Entered on July 28, 2026 at 12:45 ~~a.m.~~/p.m.

Denise Cote
United States District Court Judge