UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

J.M.R.,

Petitioner,

-v-

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility; KENNETH GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

Respondents.

---------------------------------------X

26cv6396 (DLC)

ORDER

DENISE COTE, District Judge:

Having received J.M.R.'s July 28, 2026 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), it is hereby

ORDERED that, to preserve the Court's jurisdiction pending a ruling on the Petition, petitioner shall not be removed from the United States unless and until the Court orders otherwise. Moreover, to preserve counsel's access to petitioner and to

facilitate resolution of the Petition, respondent shall not transfer petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.

IT IS FURTHER ORDERED that petitioner shall file a letter, no later than **August 4, 2026**, identifying whether petitioner has requested a bond hearing before an Immigration Judge and, if so, when and in what form the request was made.

Dated: New York, New York
July 28, 2026

DENISE COTE
United States District Judge