UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.M.R.,

Petitioner,

-v-

PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility; KENNETH GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

Respondents.

---

26cv6396 (DLC)

ORDER

DENISE COTE, District Judge:

Having received J.M.R.'s July 28, 2026 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and J.M.R's August 3, 2026 letter, it is hereby

ORDERED that the Government shall file any opposition to petitioner's July 28 petition by **August 18, 2026**. Any reply is due **August 25**. At the time any brief is filed, the authoring party shall supply Chambers with two (2) courtesy copies of all

related papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 4, 2026

DENISE COTE
United States District Judge